UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YIMING WANG,

    Plaintiff,

v.

XINYI LIU, et al.

    Defendants.

NO. 1:16-CV-12581-DJC

# NOTICE OF WITHDRAWAL

Please withdraw the appearance of Thomas W. Kirchofer as attorney for Defendants Shengxi Tina Tian, Esq. and MT Law Inc. Edward S. Cheng will continue as counsel for Ms. Tian and MT Law.

Respectfully submitted,

SHENGXI TINA TIAN, ESQ., and
MT LAW LLC

By their attorneys,

\_\_\_\_/s/ Thomas W. Kirchofer_____

Edward S. Cheng (BBO# 634063)
escheng@sherin.com
Thomas W. Kirchofer (BBO# 666798)
twkirchofer@sherin.com
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
Tel. (617) 646-2000
Fax. (617) 646-2222

Dated: May 19, 2017

00739714.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 19, 2017, I caused to be filed electronically a true copy of the foregoing document using the CM/ECF system which effected service of the same upon all counsel of record.

              /s/ Thomas W. Kirchofer
              Thomas W. Kirchofer